CHINA NATIONAL MACHINERY IMPORT AND EXPORT CORPORATION, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

The Timken Company, Defendant–
Appellee.

No. 04–1126.

United States Court of Appeals,
Federal Circuit.

July 9, 2004.

Alexander H. Schaefer, Principal Attorney, Sobia Haque, of Counsel, Crowell & Moring, Washington, DC, for Plaintiff–Appellant.

Wesley K. Caine, Principal Attorney, Terence P. Stewart, Amy A. Karpel, Caryn B. Schenewerk, of Counsel, Stewart and Stewart, Stephen C. Tosini, Principal Attorney, Jeanne E. Davidson, David M. Cohen, Ada E. Bosque, of Counsel, Washington, DC, for Defendants–Appellees.

Before MICHEL, GAJARSA and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED.  *See* Fed. Cir. R. 36.